[Nos. 3689-8-III; 3690-1-III.  Division Three.  May 14, 1981.]

ALFRED BUCHELI, *Appellant*, v. THE DEPARTMENT OF AGRICULTURE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 79-2-01918-5, Walter A. Stauffacher,

J., entered November 8, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.